1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | Case No. 20-08606MJ-JR |
| Plaintiff, | **ORDER** |
| v. | |
| Andrea Coreen Clemons and Hector Dominguez, | |
| Defendants. | |

Upon reviewing the government's Motion for Extension of Time to Indict,

1. Pursuant to 18 U.S.C. § 3161(b) and in light of the date the complaint issued, this case requires presentment to the grand jury between March 16 and April 17, 2020.

2. Pursuant to D. Ariz. General Order 20-12, all grand jury proceedings have been suspended and the grand jury will not be in session until April 17, 2020.

3. Fed. R. Crim. P. 6(a)(1) requires a grand jury to have between 16 and 23 members.

4. Due to the effect of the public health recommendations on the ability of grand jurors and counsel to be present in the courtroom in light of the recent outbreak of Coronavirus Disease 2019 (COVID-19) and the well-documented concerns surrounding this virus, the time period for presentment to the grand jury in this case will be extended by 39 days from the current indictment deadline. The time period between March 16, 2020, and April 24, 2020, shall be excluded under the Speedy Trial Act. The Court specifically finds that the ends of justice served by ordering

1  the extension outweighs the best interests of the public and any defendant's right to

2  a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). In addition, pursuant to 18

3  USC § 3161(h)(7)(B)(i) and (iii), the Court finds that a miscarriage of justice would

4  result if time were not excluded under these unique circumstances, during which it

5  is unreasonable to expect return and filing of the indictment within the period

6  specific in § 3161(b).

7  Dated this 20th day of March, 2020.

8

9

10  _____
   Honorable Jacqueline M. Rateau
11  United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28