MICHAEL BAILEY
United States Attorney
District of Arizona
CRAIG H. RUSSELL
Assistant U.S. Attorney
United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: craig.russell@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Mag. No. 20-08606M(JR) |
|---|---|
| Plaintiff, | STIPULATION AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESSES WITHOUT TAKING VIDEO DEPOSITION |
| vs. | |
| Hector Dominguez, | |
| Defendant. | |

The United States of America, through undersigned counsel, and the defendant, individually and through counsel, do hereby agree and stipulate as follows:

1. Emma Angelica Lopez-Lopez and Roberto Coronado-Lopez (hereinafter referred to as "material witnesses"), are not natural born or naturalized citizens, legal permanent residents, or nationals of the United States;

2. The material witnesses entered the United States illegally on or about February 25, 2020;

3. The material witnesses were transported in the vehicle where defendant Hector Dominguez was a passenger;

4. The parties also jointly agree that as a result of this stipulation, the material witnesses will be returned to their country of origin and thus unavailable as defined in Fed. R. Evid. 804;

5. Therefore, the parties agree that the government may elicit hearsay testimony from any agent regarding any statements made by the above-referenced material witnesses

contained in the disclosure, and such testimony shall be admitted as substantive evidence in any hearing or trial in the above captioned matter.

Based on the foregoing, the parties jointly move for the release of the above-named material witnesses to the Department of Homeland Security for return to their country of origin.

MICHAEL BAILEY
United States Attorney
District of Arizona

CRAIG H. RUSSELL
Assistant U.S. Attorney

I translated or caused to be translated this agreement from English into Spanish to the defendant on the 23rd day of March, 2020.

Natalie Prince, Esq.
Attorney for Defendant

I understand and agree to the terms of this stipulation.

Hector Dominguez
Defendant

- 2 -