MICHAEL BAILEY
United States Attorney
District of Arizona
CRAIG H. RUSSELL
Assistant U.S. Attorney
E-mail: craig.russell@usdoj.gov
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Andrea Coreen Clemons,<br><br>　　　　　Defendant. | 20-MJ-08606-JR<br><br>**UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO RECONSIDER DETENTION** |

The United States, through undersigned counsel, responds in opposition to Defendant's Motion to Reconsider Detention.

## I.　INTRODUCTION

The Defendant has been charged with Conspiring to Transport Illegal Aliens for Profit. (Doc. 1) On February 27, 2020, Judge Ferraro ordered the defendant detained pending trial. (Doc. 9) The Defendant filed a Motion to Reconsider Detention and is seeking to be released to a residential drug treatment facility. (Doc. 17.) For the reasons set forth below, the government opposes this motion.

## II.　LAW AND ARGUMENT: DEFENDANT IS STILL A DANGER AND FLIGHT RISK AND SHOULD REMAIN DETAINED.

A defendant shall be detained pursuant to 18 U.S.C. § 3142(e) when there is "no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community."

Defendant's motion, which focuses primarily on whether the defendant should be released for drug treatment, largely ignores the factors the Court is actually required to consider in determining whether she should be released or detained pending trial. Those factors militate strongly for Defendant's continued detention. Here, the preponderance of the evidence demonstrates that Defendant is still a flight risk.

### III. DEFENDANT HAS A LENGHTHY HISTORY OF FAILING TO COMPLY WITH COURT IMPOSED CONDITIONS AND SHE HAS ALREADY FAILED TO COMPLETE DRUG TREATMENT.

In her motion, Defendant requests that she be released to a drug treatment facility. The government opposed the Defendant's motion due to her track record of ignoring court-imposed conditions and failing to participate in drug treatment. In November of 2013, the Defendant was convicted of failure to appear. She then absconded from the supervision of her probation officer and failed to participate in substance abuse treatment. (Doc. 13) In September of 2016, the defendant was convicted of a dangerous drug violation. She again failed to abide by the conditions of her probation. She was released to a residential drug treatment facility but failed to complete the program. (Doc. 13) She also has numerous other criminal court proceedings in which she consistently failed to appear.

### IV. CONCLUSION

The defendant has shown an inability to abide by court-imposed conditions and an unwillingness to participate in drug treatment. She is a poor candidate for release and the government respectfully requests that the Court deny the Defendant's Motion to Reconsider Detention.

Respectfully submitted this 31st day of May, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

  *s/ Craig H. Russell*
CRAIG H. RUSSELL
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this this 31st day of May, 2020, to:

All ECF Participants